**INTERNATIONAL LIFE & ANNUITY CO. v. MORTHLAND.**

No. 5627.

Circuit Court of Appeals, Seventh Circuit. April 29, 1936.

Owen Rall, of Chicago, Ill., for appellant.

Louis F. Gillespie, of Springfield, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that the order or decree of the District Court of the United States for the Southern District of Illinois, Southern Division, in this cause appealed from be, and the same is hereby, affirmed, with costs.

**JEFFERSON STANDARD LIFE INSURANCE COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 4018.

Circuit Court of Appeals, Fourth Circuit. June 11, 1936.

Julius C. Smith, of Greensboro, N. C., for petitioner.

Helen R. Carloss, Sp. Asst. to Atty. Gen. (Robert H. Jackson, Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., on brief), for respondent.

John W. Townsend, of Washington, D. C., amicus curiæ.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

On the authority of Helvering v. Independent Life Ins. Co., 292 U.S. 371, 54 S.Ct. 758, 78 L.Ed. 1311, we are of opinion that the decision of the Board of Tax Appeals in this case should be reversed. We are also of opinion that, as it is admitted by both sides and found by the Board that the book value of the home office building should have been $2,940,018.47 instead of $3,069,498.47, the deficiency properly assessable against the taxpayer for the year 1927 was $802.22. The decision appealed from will be modified accordingly.

Reversed.

**Bert KIRK, Jr., and Antonio Teresi, Doing Business as Winchester Dried Fruit Co., v. UNITED STATES, and Henry A. Wallace, Secretary of Agriculture.**

No. 8240.

Circuit Court of Appeals, Ninth Circuit. June 15, 1936.

Carroll Bucher, of San Francisco, Cal., for appellant.

H. H. McPike, U. S. Atty., and Dorothy Manners Williams, Asst. U. S. Atty., both of San Francisco, Cal., for appellees.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.